UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Christopher S. Bond United States Court House
Jefferson City, Missouri 65101

Willie J. Epps, Jr.
Chief United States Magistrate Judge                                Chambers (573) 634-3418

April 12, 2024

The Honorable Beth Phillips
Chief United States District Judge
Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: Joint Criminal Jury Trial Docket

Dear Chief Judge Phillips:

Magistrate Judges Rush, Counts, Morris, Gaddy, and I have completed pretrial conferences for all cases set on the April 29, 2024, Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend the following cases be scheduled and assigned for trial.

## Week of April 29, 2024

### KANSAS CITY

| CASE NO. | DEFENDANT | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 23-00033-02-CR-W-SRB | Luis Gerardo Nieto-Acosta IN CUSTODY INTERPRETER REQUIRED | Bough | 3 days/ 4/29 (Mon) |

Notes: Attorneys/Defendant must be present at 8:00 a.m. Jury selection at 9:00 a.m.

### JEFFERSON CITY

No Trials

### SPRINGFIELD

No Trials

**Week of May 6, 2024**

KANSAS CITY

| CASE NO. | DEFENDANT | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 23-00182-01-CR-W-BP | Charles S. Brown IN CUSTODY | Wimes | 2 days/ 5/6 (Mon) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

JEFFERSON CITY

No Trials

SPRINGFIELD

| CASE NO. | DEFENDANT | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 22-03099-01-CR-S-BP | John Mullings IN CUSTODY | Harpool | 2 days/ 5/6 (Mon) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

If you have any questions, please contact me at your convenience.

Sincerely,
/s/ *Willie J. Epps, Jr.*
WILLIE J. EPPS, JR.
Chief United States Magistrate Judge

cc via e-mail:
| | | |
|---|---|---|
| Honorable D. Gregory Kays | Honorable W. Brian Gaddy | Ms. Renea Matthes Mitra |
| Honorable Brian C. Wimes | Honorable John T. Maughmer | Probation/Pretrial Services |
| Honorable M. Douglas Harpool | Honorable Robert E. Larsen | Mr. Jeff Valenti |
| Honorable Stephen R. Bough | Honorable Sarah W. Hays | United States Marshal |
| Honorable Roseann A. Ketchmark | Ms. Paige Wymore-Wynn | All Courtroom Deputies |
| Honorable Howard F. Sachs | Mr. Randall Henderson | All Judicial Assistants |
| Honorable Fernando J. Gaitan, Jr. | Ms. Laura Bax | Ms. Kathy Calvert |
| Honorable Gary A. Fenner | Ms. Elvia Farley | Ms. Rebecca Suroff |
| Honorable David P. Rush | Ms. Stacy O'Connor | Ms. Karen Graves |
| Honorable Lajuana M. Counts | Mr. Steve Burch | Ms. Cheryl Labrecque |
| Honorable Jill A. Morris | Ms. Terri Moore | Mr. Brian Graham |