IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN FITZGERALD MULLINGS,<br><br>Defendant. | Case No. 22-03099-01-CR-S-BP |

## GOVERNMENT'S FIRST LIST OF WITNESSES

The United States of America, by and through Teresa A. Moore, the United States Attorney for the Western District of Missouri, and Stephanie L. Wan, the undersigned Assistant United States Attorney, and in compliance with the Federal Rules of Criminal Procedure, provide the following list of witnesses, by name and address, whom the undersigned attorney for the Government intends to call in the presentation of its case-in-chief, and requests leave to amend this list as needed, as follows:

1. Computer Forensic Analyst Russell Blaylock, Springfield, Missouri, Police Department, 321 East Chestnut Expressway, Springfield, Missouri 65802;

2. Homeland Security Investigations Special Agent Williams Cassels, 4715 West Junction Street, Springfield, Missouri, 65802;

3. Computer Forensic Analyst Michael Costello, Springfield, Missouri, Police Department, 321 East Chestnut Expressway, Springfield, Missouri 65802;

4. Timothy Findley, El Dorado Springs Police Department, 1207 South Main, El Dorado Springs, Missouri 64744;

5. Homeland Security Investigations Task Force Officer Thomas Hicks, 4715 West Junction Street, Springfield, Missouri 65802;

6. Lieutenant Kevin Lowe, Cedar County, Missouri, Sheriff's Office, 220 South High Street, Stockton, Missouri 65785

7. Brian Martin, c/o Homeland Security Investigations Special Agent Jeremy Bluto, 4715 West Junction Street, Springfield, Missouri 65802;

8. Jacob Miller, c/o Homeland Security Investigations Special Agent Jeremy Bluto, 4715 West Junction Street, Springfield, Missouri 65802;

9. Homeland Security Investigations Task Officer Larry Roller, 4715 West Junction Street, Springfield, Missouri 65802;

10. Jarrod Schiereck, St. Clair County, Missouri, Sheriff's Department, 360 Chestnut Street, Osceola, Missouri 64776;

11. Homeland Security Investigations Task Force Officer James Smith, 4715 West Junction Street, Springfield, Missouri 65802.

12. Ty Munson, address to be provided to counsel for the defendant.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By    */s/ Stephanie L. Wan*
Stephanie L. Wan
Assistant United States Attorney
901 St. Louis Street, Ste. 500
Springfield, Missouri 65806

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered April 22, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                    */s/ Stephanie L. Wan*
                                    Stephanie L. Wan
                                    Assistant United States Attorney