# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. 22-03099-01-CR-S-BP |
| **JOHN FITZGERALD MULLINGS**, | |
| Defendant. | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through Teresa A. Moore, the United States Attorney for the Western District of Missouri, and Stephanie L. Wan, the undersigned Assistant United States Attorney, in compliance with the Federal Rules of Criminal Procedure, provides the following list of exhibits the Government may offer in evidence in the presentation of its case-in-chief, and requests leave to amend this list as needed, as follows:

1. Business records from Dropbox, certified on January 19, 2021, that are the records produced in response to United States District Court, Western District of Missouri search warrant number 21-SW-2010DPR, for the contents of the Dropbox account with the username "Jolly Jullie" identified in the search warrant.

2. Business records affidavit executed by Dina Sun, custodian of records for Dropbox, for records certified on January 19, 2021, that are records produced in response to United States District Court, Western District of Missouri search warrant number 21-SW-2010DPR, for the contents of the Dropbox account with the username "Jolly Jullie" identified in the search warrant.

3. A search warrant issued by the United States District Court, Western

District of Missouri search warrant for the contents of the Dropbox account with the username "Jolly Julie."

4. Curriculum Vitae of Department of Homeland Security Investigations Task Force Officer and Certified Forensic Computer Examiner James Smith.

5. A Samsung Galaxy S10 cellular phone with a microSD card, seized from the defendant on March 2, 2021.

6. All data, including images and video files, obtained during the examination of the Samsung Galaxy S10 cellular phone, seized from the defendant on March 2, 2021, and searched pursuant to the defendant's written consent.

7. All examination reports prepared by Department of Homeland Security Investigations Task Force Officer James Smith created from the examination of the Samsung Galaxy S10 cellular phone, seized from the defendant on March 2, 2021.

8. All evidence seized on August 3, 2022, pursuant to a search warrant issued by the Cedar County, Missouri, Circuit Court, Case Number 22CD-MC00062, from 605 East Fields, El Dorado Springs, Missouri 64744, including, but not limited to:

    a. An Apple iPhone 6 Plus, model A1522, bearing IMEI 352002072040603;

    b. A Samsung A11 cellular phone, model A115, bearing IMEI 355678116454590;

    c. A Motorola cellular phone with a 256gb microSD card, bearing IMEI 353776480594462;

    d. A Crosstour windshield mount dash camera with an ADATA 8gb microSD card;

e. A Google Pixel cellular phone, bearing IMEI 356731103993226;

f. A Kyocera DuraForce 2 cellular phone, model E6910;

g. A LG Stylo 4 cellular phone, model LM-Q710TS, IMEI 355931093398508;

h. A LG cellular phone, bearing IMEI 353889800763376;

i. An AT&T Calypso cellular phone with a 32GB microSD card, model U318AA, IMEI 864862047889280;

j. A Seagate 2TB hard drive, model 1R8174-022, bearing serial number WDZMZ61B;

k. An Apple iPad 10.2 tablet, model A2200, bearing serial number F9FCO3JGMDG4;

l. A Samsung Galaxy S cellular phone, model D700, bearing serial number 268435460206372237;

m. A Samsung Galaxy Note 5 cellular phone, model SM-N920V, bearing serial number 990005898253019;

n. An Alcatel Tetra cellular phone, model 5041C, bearing serial number 015174004614240;

o. An Apple Macbook Pro laptop computer, model A1278, bearing serial number C1MN6VYEDTY3;

p. A Lenovo mini-desktop computer, model ThinkCentre M715q, bearing serial number MJ090DSG;

q. A black and blue EMTEC USB flash drive;

r. An Apple iPad Pro 9.7 tablet, model A1674, bearing serial number

BMPRHEV5GXQ4;

  s. A Dell mini laptop computer, model Inspiron P25T, bearing serial number D2BJ0P2;

  t. An Apple iPad Pro 12.9 tablet, model A1674, bearing serial number DLXT72FXGMW3;

  u. An HP laptop computer, model 17-x043ds, bearing serial number 8CG7083ZVR;

  v. A Western Digital My Cloud Home Duo external digital media storage device, model WDBMUT0080JWT-20, bearing serial number WUBR22032006;

  w. A Buffalo LinkStation external digital media storage device, model LS220DE, bearing serial number 40195671100925;

  x. A blue Hama 1GB SD card, model K471228;

  y. A black Micro Center 64GB microSD card, model 1926, bearing serial number HVHKA97005A08;

  z. A multi-colored 1024GB microSD card, model T0SD 1910 01, bearing serial number WMBA32GHJRSSJ-T0;

  aa. An Apple iMac computer, model A1225, bearing an unreadable serial number beginning with H09391;

  bb. A Dell computer, model Optiplex 9030, bearing serial number 6LQ0022;

  cc. A Mobil Delvac USB flash drive;

  dd. A Motorola cellular phone;

ee.  An Alcatel One Touch Pixi Glory cellular phone, model A621BL, bearing serial number 014470001428340;

ff.  A Microsoft Surface Pro 7 laptop computer with an inserted microSD card, model Surface Pro 1866, bearing serial number 093092593753;

gg.  A Samsung Galaxy A12 cellular phone, model SM-A125U, bearing serial number 350344489191815;

hh.  A HP computer, model 24-dp1280, bearing serial number 8CC1092267;

ii.  A Xtreme Xperience USB flash drive.

9.  All photographs taken during the execution of the Cedar County, Missouri, search warrant, case number 22CD-MC00062.

10.  All data, including images and video files, obtained during the examination of the items seized from 605 East Fields, El Dorado Springs, Missouri 64744, on August 3, 2022, pursuant to Cedar County search warrant, case number 22CD-MC00062, and searched pursuant to federal search warrants issued by the Western District of Missouri, detailed above in Paragraph 7.

11.  All examination reports prepared by Homeland Security Investigations Task Force Officer James Smith from the examination of the items seized from 605 East Fields, El Dorado Springs, Missouri 64744, on August 3, 2022, detailed above in Paragraph 7.

12.  A search warrant issued by the Cedar County, Missouri, Circuit Court, Case Number 22CD-MC00062.

13.  35 search warrants issued by the United States District Court, Western

District of Missouri authorizing the search of the 35 electronic devices seized during the execution of the Cedar County, Missouri, Circuit Court search warrant on August 3, 2022.

14. Curriculum Vitae of Department of Springfield, Missouri, Police Department Senior Computer Forensic Analyst Michael Costello.

15. Business records from LG Electronics demonstrating that the LG Stylo 6 cellular phone, bearing IMEI 3538898007763376 was manufactured outside of the United States.

16. A Samsung Galaxy Note 9 cellular phone seized on August 9, 2022.

17. All data, including images and video files, obtained during the examination of the Samsung Galaxy Note 9 cellular phone seized on August 9, 2022, and searched pursuant to a federal search warrant issued by the United States District Court, Western District of Missouri.

18. All examination reports prepared by Homeland Security Investigations Task Force Officer James Smith from the examination of the Samsung Galaxy Note 9 cellular phone seized on August 9, 2022.

19. A search warrant issued by the United States District Court, Western District of Missouri, authorizing the search of the Samsung Galaxy Note 9 cellular phone seized on August 9, 2022.

20. A recording of an interview conducted of the defendant by Homeland Security Investigations Task Force Officer Brian Martin and Cedar County, Missouri, Sheriff's Office Lieutenant Kevin Lowe, at the Cedar County, Missouri, Jail, on August 8, 2022.

21. Certified conviction of the defendant's prior conviction for domestic assault

in the second degree, in the Circuit Court of Phelps County, Missouri, in Case No. 13PH-CR01457.

           TERESA A. MOORE
           United States Attorney
           Western District of Missouri

  By  */s/ Stephanie L. Wan*
      Stephanie L. Wan
      Assistant United States Attorney
      901 St. Louis Street, Suite 500
      Springfield, Missouri 65806-2511

### **CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case, and I hereby certify that I have mailed by United States Postal Service the foregoing documents to all non-CM/ECF participants in this case.

           */s/ Stephanie L. Wan*
           Stephanie L. Wan
           Assistant United States Attorney