# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 22-03099-01-CR-S-BP |
| **JOHN FITZGERALD MULLINGS,** | |
| Defendant. | |

## NOTICE OF EXPERT'S NAME, QUALIFICATIONS AND SUBJECT OF TESTIMONY

The United States of America, by and through Teresa A. Moore, the United States Attorney for the Western District of Missouri, and Stephanie L. Wan, the undersigned Assistant United States Attorney, and in accordance with the Federal Rules of Criminal Procedure, provides the following information concerning the intended Government's expert witnesses for trial herein, and requests leave to amend this list as needed:

1. Homeland Security Investigations (HSI) Task Force Officer (TFO) and Computer Forensic Analyst (CFA) James Smith, 4715 West Junction Street, Springfield, Missouri 65802;

   A. TFO Smith's qualifications are set forth in the resume supplied by the witness and given to the defendant's attorney.

   B. TFO Smith's subject of testimony is related to his forensic examination conducted of evidence turned over to TFO Smith on March 2, 2021, and searched pursuant to the defendant's verbal consent including, but not limited, to the following device:

   I.  A Samsung Galaxy S10 cellular phone with a microSD card.

   C. TFO Smith's subject of testimony is also related to his forensic examination

conducted of evidence seized pursuant to a search warrant issued by the Cedar County, Missouri, Circuit Court, on August 3, 2022, and searched pursuant to federal search warrants issued by the United States District Court, Western District of Missouri including, but not limited to, the following devices:

    I.    An Apple iPhone 6 Plus, model A1522, bearing IMEI 352002072040603;

    II.    A Samsung A11 cellular phone, model A115, bearing IMEI 355678116454590;

    III.    A Motorola cellular phone with a 256gb microSD card, bearing IMEI 353776480594462;

    IV.    A Crosstour windshield mount dash camera with an ADATA 8gb microSD card;

    V.    A Google Pixel cellular phone, bearing IMEI 356731103993226;

    VI.    A Kyocera DuraForce 2 cellular phone, model E6910;

    VII.    A LG Stylo 4 cellular phone, model LM-Q710TS, IMEI 355931093398508;

    VIII.    A LG cellular phone, bearing IMEI 353889800763376;

    IX.    An AT&T Calypso cellular phone with a 32GB microSD card, model U318AA, IMEI 864862047889280;

    X.    A Seagate 2TB internal hard drive, model 1R8174-022, bearing serial number WDZMZ61B;

    XI.    An Apple iPad 10.2 tablet, model A2200, bearing serial number F9FCO3JGMDG4;

XII. A Samsung Galaxy S cellular phone, model D700, bearing serial number 268435460206372237;

XIII. A Samsung Galaxy Note 5 cellular phone, model SM-N920V, bearing serial number 990005898253019;

XIV. An Alcatel Tetra cellular phone, model 5041C, bearing serial number 015174004614240;

XV. An Apple Macbook Pro laptop computer, model A1278, bearing serial number C1MN6VYEDTY3;

XVI. A Lenovo mini-desktop computer, model ThinkCentre M715q, bearing serial number MJ090DSG;

XVII. A black and blue EMTEC USB flash drive;

XVIII. An Apple iPad Pro 9.7 tablet, model A1674, bearing serial number BMPRHEV5GXQ4;

XIX. A Dell mini laptop computer, model Inspiron P25T, bearing serial number D2BJ0P2;

XX. An Apple iPad Pro 12.9 tablet, model A1674, bearing serial number DLXT72FXGMW3;

XXI. An HP laptop computer, model 17-x043ds, bearing serial number 8CG7083ZVR;

XXII. A Western Digital My Cloud Home Duo external digital media storage device, model WDBMUT0080JWT-20, bearing serial number WUBR22032006;

XXIII. A Buffalo Link Station external digital media storage device, model

LS220DE, bearing serial number 40195671100925;

XXIV. A blue Hama 1GB SD card, model K471228;

XXV. A black Micro Center 64GB microSD card, model 1926, bearing serial number HVHKA97005A08;

XXVI. A multi-colored 1024GB microSD card, model T0SD 1910 01, bearing serial number WMBA32GHJRSSJ-T0;

XXVII. An Apple iMac computer, model A1225, bearing an unreadable serial number beginning with H09391;

XXVIII. A Dell computer, model Optiplex 9030, bearing serial number 6LQ0022;

XXIX. A Mobil USB flash drive, model Delvac;

XXX. A Motorola cellular phone;

XXXI. An Alcatel One Touch Pixi Glory cellular phone, model A621BL, bearing serial number 014470001428340;

XXXII. A Microsoft Surface Pro table computer with an inserted microSD card, model Surface Pro 1866, bearing serial number 093092593753;

XXXIII. A Samsung Galaxy A12 cellular phone, model SM-A125U, bearing serial number 350344489191815;

XXXIV. A HP computer, model 24-dp1280, bearing serial number 8CC1092267; and

XXXV. A Xtreme USB flash drive, model Xperience

D. TFO Smith's reports are part of the discovery file in this case and have been

disclosed to the defendant's attorney.

2. Springfield, Missouri, Police Department Computer Forensic Analyst (CFA) Michael Costello, 321 East Chestnut Expressway, Springfield, Missouri 65802;

    A. CFA Costello's qualifications are set forth in the resume supplied by the witness and will be given to the defendant's attorney.

    B. CFA's Costello's subject of testimony is related to collection of and preliminary examinations of the electronic devices seized on and pursuant to a search warrant issued by the Cedar County, Missouri, Circuit Court, on August 3, 2022, and listed above in Paragraphs 1.C.I through 1.C.XXXV.

    C. CFA's Costello's report and photographs are part of the discovery file in this case and have been disclosed to the defendant's attorney.

    Teresa A. Moore
    United States Attorney

By    */s/ Stephanie L. Wan*
    Stephanie L. Wan
    Assistant United States Attorney
    901 St. Louis Street, Ste. 500
    Springfield, Missouri 65806

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered April 22, 2024, to the ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

    */s/ Stephanie L. Wan*
    Stephanie L. Wan
    Assistant United States Attorney