IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JOHN FITZGERALD MULLINGS**,

    Defendant.

Case No. 22-03099-01-CR-S-BP

## NOTICE OF DEFENDANT'S PRIOR FELONY CONVICTIONS

The United States of America, by and through Teresa A. Moore, United States Attorney for the Western District of Missouri, and Stephanie L. Wan the undersigned Assistant United States Attorney, pursuant to Fed. R. Crim. P. 609, provides the following list of the defendant's prior felony convictions, upon which the Government intends to rely if the defendant testifies at trial:

| Case Number | Charge(s) | Jurisdiction | Date | Sentence |
|---|---|---|---|---|
| 13PH-CR01457 | Domestic Assault – 2nd Degree | Phelps County, Missouri | 2-6-2015 | 2-6-2015: 7 years DOC, suspended, 5 year supervised probation |

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By   */s/ Stephanie L. Wan*
Stephanie L. Wan
Missouri Bar No. 58918
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on April 22, 2024, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                        */s/ Stephanie L. Wan*
                                        Stephanie L. Wan
                                        Assistant United States Attorney