IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 22-03099-01-CR-S-MDH |
| JOHN FITZGERALD MULLINGS, | ) ) ) | |
| Defendant. | ) | |

Government's **EXHIBIT INDEX**

| ☐ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 5/6/24 | 2:04 p.m | Samsung Galaxy S10+ Cellular Phone |
| 2 | ✓ | 5/6/24 | 2:00 p.m. | Dropbox Business Records Affidavit |
| 3 | ✓ | " | 2:27 p.m | Michael Costello CV |
| 4 | ✓ | " | 2:30 p.m. | Photo – Overall of 605 East Fields |
| 5 | ✓ | " | " | Photo – Front 605 East Fields showing street numbers |
| 6 | ✓ | " | 2:33 p.m | Photo – Overall of "Area C" |
| 7 | ✓ | " | 2:34 p.m | Photo – Side table in Room C with multiple cellular phones |
| 8 | ✓ | " | 2:35 p.m | LG Stylo 6 Cellular Phone |
| 9 | ✓ | " | 2:36 p.m | Photo – Closeup of Microsoft Surface Pro tablet computer |
| 10 | ✓ | " | 2:37 p.m | Microsoft Surface Pro tablet computer |
| 11 | | | | LG Business Record Certification |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 12 | ✓ | 5/6/24 | 3:11 p.m. | James Smith CV |
| 13 | ✓ | 5/6/23 | 3:14 p.m. | Photo – Inscription on S10+ cellular phone |
| 14 | ✓ | " | 3:18 p.m. | Thumb Drive – Samsung S10+ cellebrite report |
| 15 | X | " | 3:22 p.m. | PDF – Kik chat 3 |
| 16 | X | " | 3:26 p.m. | Disc – Kik chat 3 – 2/25/2021  7:36:46 AM (UTC-6) |
| 17 | X | " | 3:30 p.m. | PDF – Kik chat 5 |
| 18 | WD | " | 3:34 p.m. | Photo – Kik chat 5 – 2/25/2021  6:32:39 AM (UTC-6) |
| 19 | X | " | 3:34 p.m. | Disc – Kik chat 5 – 2/25/2021  6:33:02 AM (UTC-6) |
| 20 | X | " | 3:38 p.m. | PDF – Kik chat 7 |
| 21 | X | " | 3:41 p.m. | Disc – Kik chat 7 – 2/24/2021 12:35:33 PM (UTC-6) |
| 22 | X | " | 3:45 p.m. | Disc – Kik chat 7 – 2/24/2021 12:37:06 PM (UTC-6) |
| 23 | | | | Photo – Kik chat 7 – 2/25/2021 1:19:36 PM (UTC-6) |
| 24 | X | 5/6/24 | 3:49 p.m. | Disc – Kik chat 7 – 2/25/2021 1:31:20 PM (UTC-6) |
| 25 | X | " | 3:50 p.m. | Disc – Kik chat 7 – 2/25/2021 1:32:35 PM (UTC-6) |
| 26 | X | " | 3:52 p.m. | PDF – Kik chat 15 |
| 27 | ✓ | " | 3:55 p.m. | Photo – John Mullings selfie in truck with headset |
| 28 | ✓ | " | 3:58 p.m. | PDF – Samsung S10+ User Accounts |
| 29 | ✓ | " | 4:02 p.m. | Photo – John Mullings shirtless selfie |
| 30 | ✓ | " | " | Photo – John Mullings selfie in truck with sweatshirt |
| 31 | ✓ | " | " | Photo – John Mullings Visa debit card |
| 32 | ✓ | " | " | Photo – Hummingbird Express receipt |
| 33 | | | | Photo – Inscription on Microsoft Surface Pro |
| 34 | X | 5/7/24 | 9:13 am | Disc – Forensic report for computers including Microsoft Surface Pro |
| 35 | ✓ | 5/7/24 | 9:14 am | PDF – Microsoft Surface Pro X-Ways report |
| 36 | ✓ | 5/7/24 | 9:19 am | Photo – John Mullings drivers license |
| 37 | ✓ | | | Photo – John Mullings passport |
| 38 | ✓ | | | Photo – John Mullings generic card |
| 39 | ✓ | | | Photo – John Mullings Visa debit card |
| 40 | ✓ | | | Photo – John Mullings selfie in garden |
| 41 | ✓ | | | Photo – John Mullings mobile transaction receipt |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 42 | ✓ | 5/7/24 | 9:19am | Photo – John Mullings flight confirmation |
| 43 | ✓ | 5/7/24 | 9:19am | Photo – Love's receipt – Hummingbird Express |
| 44 | ✓ | 5/7/24 | 9:22am | Thumb Drive – LG Stylo 6 Cellebrite Report |
| 45 | ✓ | 5/7/24 | 9:23am | PDF – User Accounts for the LG Stylo 6 |
| 46 | X | 5/7/24 | 9:27am | Spreadsheet – files across devices |
| 47 | X | 5/7/24 | 9:40am | Disc – "Vicky" video |
| 48 | X | 5/7/24 | 9:46am | Photo – The Pedophile's Handbook |
| 49 | ✓ | 5/7/24 | 9:08am | Stipulation re Ex 46 |
| 50 | ✓ | 5/7/24 | 9:06am | Stipulation |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |
| 69 | | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 70 | | | | |
| 71 | | | | |
| 72 | | | | |
| 73 | | | | |
| 74 | | | | |
| 75 | | | | |
| 76 | | | | |
| 77 | | | | |
| 78 | | | | |
| 79 | | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |
| 84 | | | | |
| 85 | | | | |

I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____         _____
Signature                                                                       Printed Name